UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: LISTERINE TOTAL CARE
MOUTHWASH MARKETING AND SALES
PRACTICES LITIGATION                                             MDL No. 2210

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–1)**

On February 9, 2011, the Panel transferred 3 civil action(s) to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2011). Since that time, no additional action(s) have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable William P Dimitrouleas.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Dimitrouleas.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of Florida for the reasons stated in the order of February 9, 2011, and, with the consent of that court, assigned to the Honorable William P Dimitrouleas.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 24, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: LISTERINE TOTAL CARE
MOUTHWASH MARKETING AND SALES
PRACTICES LITIGATION                                                                 MDL No. 2210

### SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 10–08199 | Justin Seago v. Johnson &Johnson Healthcare Products Division of McNeil–PPC Inc. et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 4 | 11–00307 | Terrell v. Johnson &Johnson et al |
| NEW HAMPSHIRE | | | |
| NH | 1 | 10–00531 | Knowlton v. McNeil Consumer Healthcare |

Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _Graciela Gomez_
Deputy Clerk
Date 3/2/2011